# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS E. PRESTON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **Civil No. 16-1799**<br>) |
| **FIDELITY BROKERAGE SERVICES,** | )<br>) |
| **Defendant.** | ) |

## ORDER ON PLAINTIFF'S MOTION CHALLENGING EXPERT

AND NOW, this 7th day of February, 2019, after review of the pleadings and having heard oral argument, it is hereby ORDERED that Plaintiff's Motion to Preclude Expert Testimony of Defense Expert Lorena Kern (ECF No. 59) is DENIED.

The Court finds that Defendant's expert is qualified and her expert opinions will be permitted, subject to well-founded objections at trial.

Marilyn J. Horan
United States District Judge